IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
  ✓ FILED      ___ LODGED
  ___ RECEIVED ___ COPY

        FEB 1 9 2010

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY_____ S  DEPUTY
```

M&I Marshall & Ilsley Bank, a Wisconsin
Banking Corporation,

      Plaintiffs,
      v.
GORDON DENNIS PEKRUL
      Defendant

Case No. 2:10 CV-00209-PHX-MHB

Gordon Dennis Pekrul, Third Party Plaintiff

      vs.

M&I MARSHALL & ILSLEY Bank
MARK FURLONG
LINDA PECHANIC
TODD BUZAS
LARRY O. FOLKS ESQ.
JOHN MASTON O'NEAL ESQ.
KRYSTAL N. ASPAY ESQ.
Third Party Defendants

IN ADMIRALTY

## AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM

      Comes now Gordon Dennis Pekrul, Third Party Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

      AS TO COUNT 1: I, Gordon Dennis Pekrul, the Third Party Plaintiff, Secure Party Creditor, a Natural man, created by God, Demand that the ( Third Party Defendants) produce their Proof of Claim. I demand to inspect the "Original Mortgage Note", with wet ink signatures, along with the Title Page that shows whether or not the mortgage has been satisfied. I believe that the (Mortgage Holder) has sold the original note and failed to give credit to my account. This note was created on my credit, and signature, and was not an asset of (M&I Marshall Ilsley Bank). I believe the Third party defendants have not been damaged and have no legal right to a claim.  As you well know, Proof of Claim must be established by law. Only the Original Mortgage Note will be accepted as

proof of claim. If the Third Party Defendants have the original mortgage note let them bring it forth and offer their Proof of Claim for my inspection. I believe the Third Party Defendants DO NOT have lawful Proof of Claim and there is no evidence to the contrary. This is Dishonor in commerce, Theft, Fraud, Conspiracy, and Racketeering.

AS TO COUNT 2: I, Gordon Dennis Pekrul, was actually misled and coerced into signing Mortgage no. 00035586023 of the "lender", M&I Marshall Ilsley Bank for property at 8068 E Remuda Dr., Scottsdale, Arizona 85255 without knowledge that "lender's" offer of "loan" as per "lenders" Mortgage, was not an offer to loan money as advertised; that the "basis" for alleged loan was nothing other than my own property, that being my signature. I now demand that the "lender" prove source of funds advertised with full documentation of accounting and proof of source of funds.

AS TO COUNT 3: I, Gordon Dennis Pekrul am now aware of the fact that a contract is first formed by the "intention" of the parties, and now understand that the "lender" never provided any consideration, and therefore I believe the alleged "contracts" (Mortgages) were never formed and are therefore void and nonexistent. The contracts were unconscionable and void ab initio and in toto. Provide evidence to the contrary.

AS TO COUNT 4: I, Gordon Dennis Pekrul, becoming knowledgeable of the facts, therefore <u>rescinded the fraudulent Mortgages and all signatures</u> for fraud in the inducement and "lenders" failure to disclose all facts known to the" lender" but not disclosed to me in said contract. FOR CAUSE 12 CFR 226.23, 15 USC 78 (c) Sect 10, UCC 8-102 and TILA 12 USC 226.23 Appendage H. There is no statute of limitations for fraud. (See Hazel Atlas Glass vs. Hartford Empire Glass). I revoked all signatures for good cause pursuant to UCC 3-510. on June 12, 2009 for all time, thereby removing any nexus, actual or presumed, that M&I MARSHALL ILSLEY BANK, their agents, assigns, assignees, assignors, grantors, grantees, successors, attorneys, trustees, trustors, nominees, beneficiaries or representatives may assume or presume to have over me or my real properties commonly known as 8068 E Remuda Dr. (M&I Marshall Ilsley Bank loan #00035586023, recording # 2006-1665177 signed 12/18/06 and recorded 12/21/06, by virtue of said signature and or "contract". M&I Marshall Ilsley Bank et al has failed to abide by the state and federal laws and have moved against me by conducting an illegal Trustee Sale inflicting injury and harm. The "original lender" now has no contract with me, there is no longer any contract, which was unconscionable. Provide evidence to the contrary.

AS TO COUNT 5: On December 18, 2008, Larry O. Folks, on behalf of Folks & O'Connor, filed a notice of Trustee Sale and a Substitution of Trustee. Mr. Folks fraudulently claimed on the Substitution of Trustee, that M&I Bank was the trustee on the original Deed of Trust and that they had the authority to resign and substitute Larry Folks as successor Trustee. This is a false document as the original Deed of Trust has First American Title as the Trustee, not M&I Bank. Therefore the Document recorded, recording # 2008-1069886 is a false and fraudulent document. That document has no legal effect, certainly not to hold a Trustee sale. This is a void sale. Provide evidence to the contrary.

AS TO COUNT 6: On June 12, I, Gordon Dennis Pekrul, noticed M&I Marshall Ilsley Bank with a "Right to Cancel Notice" for the property, 8068 E Remuda Dr., Scottsdale, Arizona 85255.

Since the Lender failed or refused to take possession of the property or return the borrower's money offer within twenty (20) days. . . Borrower may then regain/acquire all rights to clear title and re-conveyance under Federal Law and provisions of TILA as directed within twenty (20) days of receipt and constitutes the Notice of Right to Cancel as valid and fully agreed/accepted pursuant to the terms and conditions as set forth therein. The "lender" upon receipt of Notice of Right to Cancel, was required to respond within twenty days after the "borrower's" notification. The "creditor" was required to return any funds or property given to anyone in connection with the transaction and must reflect the termination of the security interest. (TILA)

By not responding at all to the Notice of Right to Cancel within the 20 days allotted, the "lender" tacitly agreed it has defrauded me and has agreed that the account is settled without further obligation for me to the "lender".

Therefore, in lieu of a lien on the "lender", and upon Folks & O'Connor, Larry Folks, Esq., without proper and legal appointment as Trustee, holding an illegal Trustee Sale on December 4, 2009, and by consensual and contractual agreement in the capacity of Power of Attorney given to me by acquiescence and default due to "lender's" non performance of their fiduciary duties and ignoring state and federal regulations, laws and statutes, therefore I, Gordon Dennis Pekrul, being duly appointed representative for M&I Marshall Ilsley Bank, did file a Warranty Deed back to the true owner of said property on December 28, 2009. Provide evidence to the contrary.

AS TO COUNT 7: On December 1, 2009 and again on December 14, 2009, I Gordon Pekrul, revoked and rescinded all Powers of Attorney, in fact or otherwise, signed by me, implied in law or by trust or otherwise, with or without my consent, and/or knowledge, as it pertains to any property, real or personal, promissory notes, Mortgage number 00035586023 involving the property specifically addressed and identified as 8068 E Remuda Dr., Scottsdale, Arizona 85255. Due to the discovery of various elements of fraud, misrepresentation, entrapment and nondisclosure resulting in the deprivation of my property by M&I MARSHALL ILSLEY BANK, or by any of their agents and/or assignees, I Gordon Pekrul, waived, cancelled, repudiated, rescinded and refused to knowingly accept, or participate in any part of fraud involving the alleged Promissory Note/Security Instrument/Mortgage. From that date to the current time, each of the above parties has willfully disregarded my instructions. This has caused much emotional, financial and legal harm to me and my family. Provide evidence to the contrary.

AS TO COUNT 8: On December 14, 2009, I Gordon Pekrul, as the Trustor of mortgage number 00035586023 noticed M&I MARSHALL ILSLEY BANK, via US Postal Certified Mail to immediately CEASE and DESIST any further actions through said appointments / assignments granted in or from Mortgage number 00035586023 and that ANY such continued or further action by ANY of the above named parties may result in legal actions against them. From that date to the current time, each of the above parties has willfully committed fraud by disregarding all Notices, though they have no lawful standing to do so. This has caused much emotional, financial and harm to me and my family. Provide evidence to the contrary.

AS TO COUNT 9: On or about January 20, 2010, M&I Bank hired another law firm, Quarles & Brady, LLP, specifically John Maston O'Neil and Krystal N. Aspey to continue the fraud. The aforementioned filed a complaint against me claiming that I, Gordon Pekrul am guilty of various crimes, when in fact, M&I Bank and their various counsels, Larry Folks having been Noticed several times of their illegal activities chose never to respond. I, Gordon Pekrul, believe there is no evidence to substantiate any of their claims. Provide evidence to the contrary.

AS TO COUNT 10:

## Federal Fair Debt Collection Practices Act:
## US Code Title 15 Section 1692 (f)(1)

### § 808. Unfair practices

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
  (1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) **unless such amount is expressly authorized by the agreement**

I Gordon Dennis Pekrul noticed M&I Marshall Ilsley Bank, and the Law firm and Attorneys at Folks and O'Connor on June 12, 2009 with a Qualified Written Request, Notice of Revocation of Power of Attorney, Notice of removal, Right to Cancel along with an asservation of mailing proving said documents were sent to you. I gave you per Federal Laws including TILA , 20 days to refute the claim and provide evidence of a two party agreement, provide my wet ink signature on my promissory notes, and prove source of funds as advertised.
You defaulted on this demand and therefore have no agreement with me. Prove it isn't so.

## False or Misleading Representation
## Title 15 U.S.C. Section 1692 (e)(2)(a)

  (2) The false representation of—
(A) the character, amount, or legal status of any debt
I, Gordon Dennis Pekrul noticed M&I Marshall Ilsley Bank, as well as Folks and O'Connor in writing on June 12, 2009 with an asservation and proof of mailing that I revoked all assignments due to fraud, you had twenty days to respond which you did not. You now have no standing or proof of claim to collect any debt that you claim I owe. Prove evidence to the contrary.


## Title 15 U.S.C. Section 1692(d)

### § 806. Harassment or abuse
**A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.** Without limiting the general application of the foregoing, the following conduct is a violation of this section:
I, Gordon Dennis Pekrul state that the "lender" has no proof of claim and no appointments, having given me all rights through non response and acquiescence with " lenders" failure to respond to the Notice of Qualified written request, Revocation of Power of Attorney, Notice of Removal and Right to cancel that I, Gordon Dennis Pekrul sent to you on June 12 , 2009 and again on December 14, 2009.  You knew you had no standing or assignment to move ahead. You ignored this and on or about January 20, 2010 you hired a new law firm, Quarles and Brady, to make false accusations, harass and abuse me, causing me much pain and harm. Prove it is not so.


### § 617. Civil liability for negligent noncompliance [15 U.S.C. § 1681o]

(a) *In general.* Any person who is negligent in failing to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) any actual damages sustained by the consumer as a result of the failure; and
(2) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.
**(b) *Attorney's fees.* On a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.**
 I, Gordon Dennis Pekrul noticed M&I Marshall Ilsley Bank, et al as well as the Law Firm of Folks and O'Connor, by mail on June 12, 2009 and again on December 14, 2009 of my Right to Cancel, Copy of notice of Qualified Written Request, Notice of Removal, Notice of Revocation. Again you failed to respond within the 20 days allotted by law, therefore agreeing, that you defrauded me and my family. Now you are violating more federal laws by filing this complaint in bad faith knowing that you have no assignment and that you gave me permission to satisfy the mortgage. Prove it is not so.

As to Count 11:

# 18 U.S.C.§ 513. Securities of the States and private entities

**(a) Whoever makes, utters or possesses a counterfeited security of a State or a political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an organization, with intent to deceive another person, organization, or government shall be fined under this title or imprisoned for not more than ten years, or both.**
**(b) Whoever makes, receives, possesses, sells or otherwise transfers an implement designed for or particularly suited for making a counterfeit or forged security with the intent that it be so used shall be punished by a fine under this title or by imprisonment for not more than ten years, or both.**
**(c) For purposes of this section—**
**(1) the term "counterfeited" means a document that purports to be genuine but is not, because it has been falsely made or manufactured in its entirety;**
**(2) the term "forged" means a document that purports to be genuine but is not because it has been falsely altered, completed, signed, or endorsed, or contains a false addition thereto or insertion therein, or is a combination of parts of two or more genuine documents;**
**(3) the term "security" means—**
**(A) a note, stock certificate, treasury stock certificate, bond, treasury bond, debenture, certificate of deposit, interest coupon, bill, check, draft, warrant, debit instrument as defined in section 916(c) of the Electronic Fund Transfer Act, money order, traveler's check, letter of credit, warehouse receipt, negotiable bill of lading, evidence of indebtedness, certificate of interest in or participation in any profit-sharing agreement, collateral-trust certificate, pre-reorganization certificate of subscription, transferable**

**share, investment contract, voting trust certificate, or certificate of interest in tangible or intangible property;**
(B) an instrument evidencing ownership of goods, wares, or merchandise;
(C) any other written instrument commonly known as a security;
(D) a certificate of interest in, certificate of participation in, certificate for, receipt for, or warrant or option or other right to subscribe to or purchase, any of the foregoing; or
(E) a blank form of any of the foregoing;
(4) the term "organization" means a legal entity, other than a government, established or organized for any purpose, and includes a corporation, company, association, firm, partnership, joint stock company, foundation, institution, society, union, or any other association of persons which operates in or the activities of which affect interstate or foreign commerce; and
(5) the term "State" includes a State of the United States, the District of Columbia, Puerto Rico, Guam, the Virgin Islands, and any other territory or possession of the United States.

# 18 U.S.C. § 514 : US Code - Section 514: Fictitious obligations

(a) Whoever, with the intent to defraud -
(1) draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States;
(2) passes, utters, presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States; or
(3) utilizes interstate or foreign commerce, including the use of the mails or wire, radio, or other electronic communication, to transmit, transport, ship, move, transfer, or attempts or causes the same, to, from, or through the United States,
any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization, shall be guilty of a class B felony.
(b) For purposes of this section, any term used in this section that is defined in section 513(c) has the same meaning given such term in section 513(c).
(c) The United States Secret Service, in addition to any other agency having such authority, shall have authority to investigate offenses under this section.

I, Gordon Dennis Pekrul, upon research and investigation have proof that M&I Marshall Ilsley Bank and accomplices have used false, forged and counterfeit securities and mail fraud to advance their scheme, therefore defrauding the American people, myself included. Prove it is not so.

AS TO COUNT 12:

**FEDERAL RULES OF EVIDENCE**

ARTICLE VI. **WITNESSES**

Rule 601. **General Rule of Competency**

Every person is competent to be a witness except as otherwise provided in these rules. However, in civil actions and proceedings, with respect to an element of a claim or defense as to which State law supplies the rule of decision, the competency of a witness shall be determined in accordance with State law.

Rule 602. **Lack of Personal Knowledge**

A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter. Evidence to prove personal knowledge may, but need not, consist of the witness' own testimony. This rule is subject to the provisions of rule 703, relating to opinion testimony by expert witnesses.

I, Gordon Dennis Pekrul have shown through the documents filed and I believe in the possession of the
Authorities, that the "lender " has through their non-response given to me their power of attorney and permission to reconvey the property on their behalf. I sent written notices to the "lender" and their Attorney on June 12, 2009 and again on December 14, 2009. Your non-response is agreement that I have been defrauded and you have no proof of claim. Provide evidence to the contrary.

Rule 603. **Oath or Affirmation**

Before testifying, every witness shall be required to declare that
the witness will testify truthfully, by oath or affirmation administered
in a form calculated to awaken the witness' conscience and
impress the witness' mind with the duty to do so.

Where is the injured party? A lawyer cannot give testimony or file a complaint. Provide evidence to the contrary.

AS TO COUNT 13: The purpose of the court is to protect and maintain individual rights, and not that of the corporation which is a foreign state under the 11th Amendment.
The Attorney Representative of a BANK OR MORTGAGE CO. is bringing fraud upon the Court.
For an Attorney Representative to bring a case to court with a fictitious person as the Plaintiff is fraud.
BECAUSE:
BANK OR MORTGAGE CO. cannot be a Plaintiff.
BANK OR MORTGAGE CO. cannot be the Real Party in Interest.
BANK OR MORTGAGE CO. cannot sign a complaint.

BANK OR MORTGAGE CO. cannot establish debt
BANK OR MORTGAGE CO. cannot claim a debt is owed.
BANK OR MORTGAGE CO. cannot speak in court.
BANK OR MORTGAGE CO. cannot be cross examined.
BANK OR MORTGAGE CO. is a fiction.
Violation of Right to be Protected in Papers, Property and Person 4th Article of the Bill of Rights.
Violation of Due Process Clause of the 5th Article of the Bill of Rights.
Violation of the Right to confront my Accuser 7th Article of the Bill of Rights
Violation of the National Currency Act 1863 and the National Bank Act of 1864
Violation of the FTC laws
Violation of SEC laws
Provide evidence to the contrary.

## OPPORTUNITY TO CURE

The Third Party Defendants have 21 calendar days to cure their Dishonor by the following:

1. Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiff $100,000.00 (One Hundred Thousand US dollars) as is designated in the counterclaim herein, OR, | **Dismiss any and all claims against the Third Party Plaintiff, with prejudice and remove any and all liens, evidence of satisfied loans for credit purposes.**
2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFRA Funds, etc. as needed to satisfy counterclaim herein, OR,
3. Prove your claims against me by providing me with lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 21 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Third Party Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Admiralty. Any officer of the court that interferes or involves himself/herself with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are individually and severally liable for this claim.

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Third Party Defendant.
2. Failure to respond as outlined herein $1,000,000.00 (One Million US Dollars.) per count Per Third Party Defendant.
3. Default by non response or incomplete response $1,000,000.00 (One Million Dollars) per count Per Third Party Defendant.
4. Dishonor In Commerce - $1,000,000.00 (One Million Dollars) per count per Third Party Defendant.
5. Fraud - $1,000,000.00 (One Million US Dollars) per count Per Third Party Defendant.
6. Racketeering - $1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
7. Theft of Public Funds -$1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
8. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.
9. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of 99.999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.
10. Total damages will be assessed as the total amount of the damages as outlined herein times seven (7) for a total of all damages as outlined in items 1-5 added to seven (7) times the damages, for punitive, or other additional damages.

_____
Gordon Dennis Pekrul
Secured Party Creditor
Date

# JURAT

**MARICOPA COUNTY** )
) ss.
**ARIZONA** )

The above named Libellant, **Gordon Dennis Pekrul**, Executive Trustee for **GORDON DENNIS PEKRUL** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM.**

Under oath this ___19___ day of ___Feb.___, 2010.

_____
Notary

My Commission expires ___2/15/12___

JULIANA T. SIEMIENIEC
Notary Public - Arizona
Maricopa County
My Comm. Expires Feb 15, 2012